UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY MARTINEZ, <br><br> Plaintiff, <br><br> vs. <br><br> GEICO GENERAL INSURANCE COMPANY; GOVERNMENTAL EMPLOYEES INSURANCE COMPANY; DOES I-V; and ROES CORPORATIONS VI-X; inclusive, <br><br> Defendants. | Formerly Snohomish County Superior Court Case No. 22-2-04497-31 <br><br> NOTICE OF REMOVAL |

PLEASE TAKE NOTICE THAT Defendants GEICO General Insurance Company and Government Employees Insurance Company (hereinafter, "GEICO"), hereby remove Case No. 22-2-04497-31 from the Superior Court of Washington for Clark County to the United States District Court for the Western District of Washington, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for its removal states as follows:

## I. STATEMENT OF THE CASE

1. On or about August 2, 2022, Plaintiff filed a Complaint in the Superior Court of Washington for Clark County entitled *Anthony Martinez v. GEICO General Insurance Company et al*, Case No. 22-2-01360-06. A copy of the Summons and Complaint served on Defendants GEICO by way of the Washington Insurance Commissioner are attached as Exhibit A hereto.

2. Pursuant to RCW 48.05.200, 48.28.080, and 48.02.200, the Washington Insurance Commissioner, as attorney for service of process for Defendants GEICO, was served with the Summons and Complaint on August 12, 2022. Defendants GEICO have filed a notice of appearance. No other pleadings have been filed in this action by Defendants GEICO.

NOTICE OF REMOVAL – Page 1              12211714

3.  Plaintiff's Complaint seeks damages and costs for alleged breach of contract, and asserts that Plaintiff is entitled to payment of underinsured motorist benefits for compensatory damages for personal injuries sustained due to the alleged negligence of an underinsured driver arising out of a motor vehicle accident which occurred in Snohomish County, Washington, on August 5, 2019. Plaintiff's Complaint further seeks damages for breach of duty of good faith, bad faith, negligent claim handling, and IFCA violations.

## II. DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332

4.  This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff and the Defendant and more than $75,000 is in controversy.

5.  Plaintiff alleges he is a resident of Anchorage, Alaska. Defendant is not a citizen of Washington. Defendants GEICO are Maryland corporations with a principal place of business in Chevy Chase, Maryland. Accordingly, there is complete diversity between Plaintiff and the Defendant in this action.

6.  In his Complaint, Plaintiff has alleged that his policy with GEICO carries a $1 million limit and he is entitled to in underinsured motorist benefits, general damages for pain and suffering, past and future medical expenses, attorney fees and costs, and treble damages. (Exhibit A). Plaintiff has also stated his claim exceeds the value of the underlying settlement with the tortfeasor. Pursuant to 28 USC § 1446(c)(2), Defendants GEICO assert in good faith, upon information and belief, that the amount in controversy exceeds $75,000. Therefore, the amount in controversy requirement under 28 USC § 1332(a) is met in this case.

## III. ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

7.  Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Defendants GEICO are being filed with this Notice of Removal. Further, Defendants GEICO will promptly give written notice of the filing of this Notice of Removal to Plaintiff Anthony Martinez and provide a copy of that notice to the Clerk of the Superior Court of

NOTICE OF REMOVAL – Page 2                                                                 12211714

1  Washington for Clark County.

2      8.    This Notice of Removal has been filed within 30 days of the date Defendants
3  GEICO were served with the Summons and Complaint in this matter. Removal is therefore timely
4  under 28 U.S.C. § 1446(b)(1).

5      9.    Venue is proper in this Court, pursuant to 28 U.S.C. § 1441(a) and 1446(a), because
6  the U.S. District Court for the Western District of Washington is the federal judicial district
7  embracing the Superior Court of Washington for Clark County where this action was originally
8  filed.

9      10.    The following pleadings, as are available in the file of the state court action,
10  encompass all of the pleadings received or filed by Defendants in this action up to the present time:

11      Summons
12      Complaint
13      Insurance Commissioner's Certificate of Service
14      Defendants' Notice of Appearance

15  As mentioned above, the Summons and Complaint served upon Defendants is attached hereto as
16  Exhibit A. The Complaint will also be attached as a separate "attachment" in the electronic filing
17  system and labeled as the "complaint" pursuant to LCR 101(b). A copy of the Insurance
18  Commissioner's Certificate of Service is attached as Exhibit B to this Notice. A complete copy of
19  all additional documents filed in the state court proceeding will be submitted with a subsequent
20  declaration of counsel pursuant to CR 101 of the Local Rules of the Western District of
21  Washington.

22  ///
23  ///
24  ///
25  ///
26  ///

NOTICE OF REMOVAL – Page 3                                                                          12211714

## IV. CONCLUSION

By this Notice of Removal Defendants GEICO do not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action. Defendants GEICO do not waive any right to demand a jury trial. Defendants intend no admission of fact, law or liability by this Notice, and expressly reserves all defenses, motions and/or pleas.

Dated this 9th day of September, 2022.

BARGER LAW GROUP PC

By: *s/ Glenn E. Barger*
Glenn E. Barger, WSBA #27891
Email: gbarger@bargerlawgrouppc.com
Of Attorneys for Defendants GEICO

NOTICE OF REMOVAL – Page 4                              12ature1714

BARGER LAW GROUP PC.
5005 Meadows Road, Suite 130
Lake Oswego, Oregon 97035
Telephone: 503-303-4099
Facsimile: 503-303-4079

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY MARTINEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY; GOVERNMENTAL EMPLOYEES INSURANCE COMPANY; DOES I-V; and ROES CORPORATIONS VI-X; inclusive,<br><br>　　　　Defendants. | Formerly Snohomish County Superior Court Case No. 22-2-04497-31<br><br>CERTIFICATE OF SERVICE |

I hereby certify that I served Defendants' NOTICE OF REMOVAL on:

　　　　Jedediah J. Strong
　　　　Strong Law
　　　　1120 Pacific Avenue, Suite 110
　　　　Tacoma, WA 98402
　　　　Of Attorneys for Plaintiff

by the following indicated method or methods:

__X__　by mailing a full, true and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Lake Oswego, Oregon, on the date set forth below.

DATED this 9th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　　　*s/ Glenn E. Barger*
　　　　　　　　　　　　　　　　　　　　　　　Glenn E. Barger, WSBA #27891

CERTIFICATE OF SERVICE – 5　　　　　　　　　　　　　　　　　　　　　　　　　　　　12211707

BARGER LAW GROUP PC.
5005 Meadows Road, Suite 130
Lake Oswego, Oregon 97035
Telephone: 503-303-4099
Facsimile: 503-303-4079